# Notice Recipients

District/Off: 0207−8             User: swu                  Date Created: 2/5/2019
Case: 8−19−70038−las            Form ID: 273               Total: 3

**Recipients of Notice of Electronic Filing:**
ust        United States Trustee        USTPRegion02.LI.ECF@usdoj.gov
tr         Marianne DeRosa              Derosa@ch13mdr.com

                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         David Borukhov       7 Oxford Blvd        Great Neck, NY 11020

                                                                    TOTAL: 1